IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ENRICO SPENCER ROBERTS,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-1362

Opinion filed September 16, 2016.

An appeal from an order of the Circuit Court for Nassau County.
Robert M. Foster, Judge.

Enrico Spencer Roberts, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Julian E. Markham, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

MAKAR, JAY and M.K. THOMAS, JJ., CONCUR.